IN THE U.S. COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| CONNOLLY-PACIFIC COMPANY | : | |
| Petitioner | : | |
| | : | |
| v. | : | No. 14-1133 |
| | : | |
| FEDERAL MINE SAFETY AND HEALTH REVIEW COMMISSION, and SECRETARY OF LABOR, MSHA | : : : | |
| Respondent | : | |

CERTIFIED INDEX TO MATERIALS COMPRISING THE ADMINISTRATIVE RECORD
FILED PURSUANT TO RULE 17(b) OF THE FEDERAL RULES OF APPELLATE
PROCEDURE

CONTENTS                                                                                           PAGE

Motion to Consolidate and to Expedite Proceedings, and Notices of Contest
of Citations 8607223, 8607224, 8607225, and 8607226, filed by Connolly-Pacific
Company (Connolly) with the Federal Mine Safety and Health Review Commission
(FMSHRC) on June 10, 2011 ................................................................................................. 1-25

Order of Assignment, for contest cases WEST 2011-1064, 1065, 1066, and 1067,
assigned to Administrative Law Judge Margaret Miller (Judge Miller),
dated June 13, 2011 .................................................................................................................... 26

Acknowledgement of contest cases WEST 2011-1064, 1065, and 1067,
dated June 13, 2011 .................................................................................................................... 27

Secretary of Labor's Opposition to Request For Expedited Proceedings, for
cases WEST 2011-1064, 1065, 1066, 1067, filed with FMSHRC on June 20, 2011 .............. 28-36

Notice of Hearing, for cases WEST 2011-1064, 1065, 1066, and 1067, issued by
Judge Margaret Miller on June 23, 2011 ................................................................................ 37-38

Secretary's Answer to Connolly-Pacific Company's Notice of Contest,
for case WEST 2011-1067, filed by Secretary of Labor (Secretary)
with FMSHRC on June 30, 2011 ............................................................................................ 39-41

Secretary's Answer to Connolly-Pacific Company's Notice of Contest,
for case WEST 2011-1066, filed with FMSHRC on June 30, 2011 ....................................... 42-44

Secretary's Answer to Connolly-Pacific Company's Notice of Contest,
for case WEST 2011-1065, filed with FMSHRC on June 30, 2011 ........................ 45-47

Secretary's Answer to Connolly-Pacific Company's Notice of Contest,
for case WEST 2011-1064, filed with FMSHRC on June 30, 2011 ........................ 48-50

Order Granting Motion to Amend, for cases WEST 2011-1064, 1065,
1066, and 1067, issued on July 7, 2011 ................................................................ 51-52

Secretary's Motion to Amend Citations and Order, for cases WEST 2011-1064,
1065, 1066, and 1067, filed with FMSHRC on July 8, 2011 .................................. 53-63

Contestant Connolly Pacific's Prehearing Statement, for cases WEST 2011-1064,
1065, 1066, and 1067, filed with FMSHRC on July 11, 2011 ................................ 64-70

Opposition to Secretary's Motion to Amend Citations and Order, for cases
WEST 2011-1064, 1065, 1066, and 1067, filed by Connolly, with FMSHRC
on July 11, 2011 ..................................................................................................... 71-74

Secretary's Prehearing Submission, for cases WEST 2011-1064, 1065, 1066,
and 1067, filed with FMSHRC on July 12, 2011 .................................................... 75-81

Notice of Hearing Site, for cases WEST 2011-1064, 1065, 1066, and 1067,
issued on July 12, 2011 ................................................................................................82

Subpoena, for cases WEST 2011-1064, 1065, 1066, and 1067, issued on
July 13, 2011 .......................................................................................................... 83-84

Secretary's First Amended Exhibit List, for cases WEST 2011-1064, 1065,
1066, and 1067, filed with FMRSHRC on July 13, 2011 ....................................... 85-88

Transcript of hearing, for cases WEST 2011-1064, 1065, 1066,
and 1067, held July 18, 2011 ................................................................................ 89-389

Transcript of hearing, for cases WEST 2011-1064, 1065, 1066,
and 1067, held July 19, 2011 .............................................................................. 390-583

    Secretary's Exhibit 1    Order 8607223, 8607223-01, 8607223-02 ............................... 584-586
    Secretary's Exhibit 2    Citation 8607224, 8607224-01 ............................................. 587-588
    Secretary's Exhibit 3    Citation 8607225, 8607225-01 ............................................. 589-591
    Secretary's Exhibit 4    Citation 8607226, 8607226-01 ............................................. 592-594
    Secretary's Exhibit 5    Field Notes, Event No. 1152559 ............................................ 595-606
    Secretary's Exhibit 6    Field Notes, Order 8607223, Citations 8607225 & 8607226 ....... 607-610
    Secretary's Exhibit 7    Memo and Field Investigation Report re: Highwall Conditions
                                          Dated June 17, 2011 ....................................................... 611-619
    Secretary's Exhibit 8    Steven J. Vamossy (S. Vamossy) Resume ............................... 620-621

| | | |
|---|---|---|
| Secretary's Exhibit 9 | S. Vamossy Field Investigation Notes | 622-625 |
| Secretary's Exhibit 10 | Vamossy Field Investigation Notes | 626-628 |
| Secretary's Exhibit 13 | Avalon School California Monthly Station Summary | 629-636 |
| Secretary's Exhibit 14 | Photos of Highwall Taken by Chad Hilde (C. Hilde) | 637-641 |
| Secretary's Exhibit 15 | Photos of Highwall Taken by S. Vamossy | 642-655 |
| Secretary's Exhibit 16 | Close-up Photos of Highwall Taken by S. Vamossy | 656-658 |
| Secretary's Exhibit 17 | MSHA Mine Accident Report of Pebbly Beach Quarry | 659-668 |
| Secretary's Exhibit 18A | Pebbly Beach Quarry Explosives Daily Use Inventory | 669-677 |
| Secretary's Exhibit 18B | Pebbly Beach Quarry Blasting Log | 678-688 |
| Secretary's Exhibit 19 | Field Inspection Notes of Pebbly Beach Quarry | 689-707 |
| Secretary's Exhibit 20 | Connolly's Quarry Daily Field Inspection and Reporting | 708-741 |
| Secretary's Exhibit 21 | Various Operator Photos of Highwall | 742-752 |
| Secretary's Exhibit 23 | C. Hilde - MSHA Photo Mounting Worksheet | 753-774 |
| Connolly's Exhibit E-1 | Engineering Geologic Review of Pebbly Beach Quarry, Dated June 30, 2011 | 775-792 |
| Connolly's Exhibit E-2 | Engineering Geologic Review of Pebbly Beach Quarry, Dated July 10, 2011 | 793-801 |
| Connolly's Exhibit F | Jeffrey A. Johnson Resume | 802-812 |
| Connolly's Exhibit G-1 | Connolly's Quarry Spotting Procedure and Training | 813 |
| Connolly's Exhibit G-2 | Connolly's New Miner Field Training Record | 814 |
| Connolly's Exhibit G-3 | Connolly's Field Inspection Notes of Beto Martin | 815 |
| Connolly's Exhibit H-1 | Pebbly Beach Quarry Policy & Procedure for Highwalls | 816 |
| Connolly's Exhibit I | Photos of Highwall | 817-824 |
| Connolly's Exhibit J | Aerial Shot of Highwall | 825 |
| Connolly's Exhibit K-1 | Topographical Maps of Catalina Rock Quarry | 826-828 |
| Connolly's Exhibit K-2 | Topographical Map of Pebbly Beach Quarry | 829 |
| Connolly's Exhibit L | Topographical Profile of Pebbly Beach Quarry | 830 |
| Connolly's Exhibit M | Connolly's Large Mine Map | 831 |
| Connolly's Exhibit P | Blasting Log for Pebbly Beach Quarry | 832-846 |
| Connolly's Exhibit Q-1 | Pebbly Beach Quarry Explosives Daily Use Inventory | 847-869 |
| Connolly's Exhibit Q-2 | Pebbly Beach Quarry Explosives Daily Use Inventory | 870-878 |
| Connolly's Exhibit R | Connolly's Miner Refresher Training Record | 879-882 |
| Connolly's Exhibit S | Connolly's Ground Control Highwall Safety Presentation | 883-892 |
| Connolly's Exhibit Y-1 | Rockfall Catchment Area Design Guide, Nov. 2001 | 893-983 |
| Connolly's Exhibit Y-2 | Rockfall Catchment Area Design Guide, Dec. 2001 | 984-990 |

Closing Brief, for cases WEST 2011-1064, 1065, 1066, and 1067, filed by
the Secretary, with FMSHRC on August 30, 2011 ............................................................... 991-1030

Contestant's Post-Hearing Brief, for cases WEST 2011-1064, 1065, 1066,
and 1067, filed by Connolly, with FMSHRC on September 2, 2011 ............................... 1031-1069

Motion To Accept Petition Filed out of Time; Petition For Assessment of Penalty and For Consolidation With Contest Proceedings, for contest cases WEST 2011-1064, 1065, 1066, 1067, and penalty case WEST 2011-1238 (WEST 2011-1064, et al) filed by the Secretary, with FMSHRC on September 12, 2011 ......................................................................................... 1070-1082

Connolly-Pacific Company's Answer to Secretary's Petition for Assessment of Penalty, for cases WEST 2011-1064, et al, filed by Connolly, with FMSHRC on September 12, 2011 ........................................................................... 1083-1085

Order of Assignment, for case WEST 2011-1238, assigned to Administrative Law Judge Margaret Miller, dated September 12, 2011............................................................................1086

Decision, for cases WEST 2011-1064, et al, issued by Judge Miller, on September 23, 2011 ......................................................................................... 1087-1113

Petition for Discretionary Review, for cases WEST 2011-1064, et al, filed by Connolly, with FMSHRC on October 25, 2011 .................................................. 1114-1131

Direction for Review, granting petition for discretionary review, for cases WEST 2011-1064, et al, issued by the Commission on November 2, 2011..................... 1132-1133

Connolly's Opening Brief, for cases WEST 2011-1064, et al, filed by Connolly, with the Commission on December 7, 2011 .................................................... 1134-1167

Notice of Appearance, for cases WEST 2011-1064, et al, filed by Secretary, with the Commission, on December 9, 2011............................................................1168

Secretary of Labor's Motion for Extension of Time to File Brief, for cases WEST 2011-1064, with the Commission, on December 21, 2011 ......................... 1169-1175

Order granting the Secretary's Motion for Extension of Time, for cases WEST 2011-1064, et al, issued by the Commission, on December 22, 2011 .................. 1176-1177

Opposition to Secretary of Labor's Motion for Extension of Time to File Brief, for cases WEST 2011-1064, et al, filed by Connolly, with the Commission On December 22, 2011 ........................................................................................ 1178-1184

Secretary of Labor's Response Brief, for cases WEST 2011-1064, et al, filed with the Commission, on January 25, 2012............................................................. 1185-1224

Connolly-Pacific Co.'s Reply Brief, for cases WEST 2011-1064, et al, filed with the Commission, on February 13, 2012............................................................ 1225-1243

Decision, for cases WEST 2011-1064, et al, issued by the Commission,
on June 13, 2014 ................................................................................................ 1244-1253

## CERTIFICATE

     I, Pamela Champ, Legal Assistant, Federal Mine Safety and Health Review Commission, hereby certify that the foregoing is a true and correct Index to Materials Comprising the Administrative Record in the captioned proceeding.


/s/_____
Pamela Champ